# THE MARKS LAW FIRM, P.C.

June 29, 2023

***FILED VIA ECF***
Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 13A
Brooklyn, New York 11201

      RE:    **Jocelyn Pierre v. Fast & Fresh Burrito Deli Corp., et al.**
               Index: 1:22-cv-07333-RPK-VMS

Dear Judge Scanlon,

      In accordance with Your Honor's June 21, 2023 Order [Dkt. 18], the parties jointly and respectfully provide this status report to the Court.

      The parties were scheduled for a mediation conference on June 16, 2023 [Dkt. 18] with Mediator Jess Bunshaft, but prior to the mediation date reached a settlement in principle and have already informed Mr. Bunshaft of the same. At this time, the parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, the parties jointly and respectfully request a thirty (30) day order be issued.

      We thank you and the Court for its time and consideration.

                                           Respectfully Submitted,

                                           The Marks Law Firm, P.C.

  By: _____
                                           Bradly G. Marks

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com