**KUCKER
MARINO
WINIARSKY
& BITTENS,** LLP

Alan D. Kucker
James R. Marino
Nativ Winiarsky
Andrew B. Bittens *
William D. Hummell
Catherine A. Helwig *
Craig P. Gambardella
Lisa Faham-Selzer
Joseph S. Goldsmith
Vladimir Favilukis *
Nikolaos Preponis
Eric R. McAvey
Nicholas G. Yokos *
Daniel Gewirtz
Robert R. Moore, Jr. *

Rafael D. Dayan *
William J. Halkias *
Samara L. Geller
Devora Mandell *+
Michael S. Bennett
John A. Passidomo
Ray Madraymootoo *+
Brian J. Murphy

OF COUNSEL
Patrick K. Munson
Jill L. Mandell
Michael Cuttitta *
M. David Fonseca
Diane L. Klein
Christopher S. McCann *

SPECIAL COUNSEL
Joel Shafferman

* Also admitted in NJ
+ Also admitted in DC

June 10, 2023

Via ECF

Hon. Rachel P. Kovner
United States District Judge
    Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Courtroom 4E-N
Brooklyn, New York 11201

    Re:    Jocelyn Pierre v. Fast & Fresh Burrito Deli Corp. and 84 Hoyt Owner LLC;
            EDNY No. 22-cv-7333-RPK-VMS

Judge Kovner:

    I apologize for the fact that the letter dated today which I filed as Docket # 20 was directed to Magistrate Judge Scanlon. Her Honor was the jurist who, at Your Honor's direction, presided over pretrial proceedings. I unintentionally overlooked that, on June 30, 2023, Your Honor issued a Minute Entry which included that the Court "*retains jurisdiction to so-order any settlement documents.*" The fact Your Honor issued the June 30, 2023 Minute Entry (not Magistrate Judge Scanlon) should have told me to address my June 10, 2023 letter to Your Honor. I regret any inconvenience I caused Your Honor or the Court.

    As noted in the letter, counsel for all the parties are requesting the Court to so order the parties' stipulation of settlement which concerns their fully executed, negotiated confidential settlement agreement.

Respectfully,

William D. Hummell

cc:    via ECF

       Bradly G. Marks, Esq.
       -----------
       Andrew Kazin, Esq.